**CANDACE C. DAVENPORT**
Attorney at Law
California State Bar #65586
1703 Fifth Ave. Ste. 204
San Rafael, California 94901
(415) 456-3606
Candace_C_Davenport@yahoo.com

Attorney for Plaintiff
DANIEL I. HARTWELL



**FILED**

APR - 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE HARTWELL, O/B/O, DANIEL I. HARTWELL,  Plaintiff, vs. JO ANNE BARNHART, Commissioner of Social Security Administration,  Defendant. | CIV-S-05-1007 LKK GGH  RESPONSE TO OSC AND REQUEST FOR EXTENSION OF TIME |

Plaintiff apologizes to the court for the delay in filing his Summary Judgment Motion, however Plaintiff has had difficulty finding counsel to help him with his case. New counsel has just now been retained, requiring time to review the case and prepare the Summary Judgment Motion. Plaintiff hereby requests an additional 45 days from the date of this order in which to file his Memorandum in Support of a Summary Judgment or Remand. The undersigned has spoken with the United States Attorney who has no objection to the extension of time.
GOOD CAUSE APPEARING, IT IS APPROVED AND SO ORDERED:

Dated: _April 4, 2006_              _____
                                     GREGORY G. HOLLOWS
                                     GREGORY G. HOLLOWS
                                     United States Magistrate Judge