IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARLENE HARTWELL, O/B/O,
DANIEL J. HARTWELL,

    Plaintiff,                                CIV-S-05-1007 LKK GGH

    vs.

JO ANNE BARNHART,                       <u>ORDER</u>
Commissioner of Social Security,

    Defendant.
_____/

        On August 2, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Objections were filed on August 9, 2006, a reply/response was filed on August 10, 2006, and they were considered by the district judge.

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made,

1

the court assumes its correctness and decides the motions on the applicable law. See <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed August 2, 2006, are ADOPTED;

2. Plaintiff's Motion for Judgment or Remand is DENIED, the Commissioner's Motion for Summary Judgment is GRANTED, and Judgment be entered for the Commissioner.

DATED: September 27, 2006

UNITED STATES DISTRICT JUDGE

hartwell.jo

2